UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 92-06020-UNGARO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODNEY MATTHEWS,

        Defendant.

_____/

**NOTICE OF FILING EXHIBIT I**

The defendant, Rodney Matthews, hereby files the attached exhibit I as part of Matthews' Unopposed Motion for Compassionate Release (DE 527).

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:    *s/Timothy Day*
        Timothy Day
        Assistant Federal Public Defender
        Florida Bar No. 0360325
        One East Broward Blvd. Suite 100
        Ft. Lauderdale Fl. 33301
        (954) 640-7108
        Timothy_Day@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Timothy Day*